UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE KEENA S. PANNELL,            CASE NO. 09-49862-WSD
                                                    CHAPTER 7
       Debtor.                       HON. Walter Shapero
_____/

**ORDER GRANTING CONSUMER PORTFOLIO SERVICES, INC.**
**RELIEF FROM THE AUTOMATIC STAY**

This matter being before the Court on a Motion for Order Granting Relief from the Automatic Stay pursuant to 11 U.S.C. §362 (d) (1) filed on behalf of Consumer Portfolio Services, Inc.; and,

The Court being further and more fully advised in the premises.

**IT IS HEREBY ORDERED** that Consumer Portfolio Services, Inc. is granted relief from the automatic stay for cause pursuant to 11 U.S.C. § 362 (d) (1).

**IT IS HEREBY FURTHER ORDERED** that Consumer Portfolio Services, Inc. may obtain possession of its collateral consisting of a 2005 Nissan Armada bearing vehicle identification number 5N1AA08BX5N712769 (the "Car").

**IT IS HEREBY FURTHER ORDERED** that Consumer Portfolio Services, Inc. may sell and dispose of the Car in accordance with the Security Agreement between the parties and under applicable state law and that any sales proceeds in excess of the unpaid indebtedness shall be paid by Consumer Portfolio Services, Inc. to the Chapter 7 Trustee or as otherwise ordered by the Court.

**Signed on May 27, 2009**

                                                         /s/ Walter Shapero
                                                   Walter Shapero
                                                 United States Bankruptcy Judge